**Opinion issued July 9, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-23-00648-CV

———————————

**SAMUEL DEL BOSQUE, Appellant**

**V.**

**JYOTINDRA MEHTA AND ISHAN MEHTA, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1203423**

---

## MEMORANDUM OPINION

Appellant, Samuel Del Bosque, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.